PHILIP M. BERNSTEIN, Appellant, v. JOSEPH A. BERNSTEIN, Respondent.—

Motion to resettle order granted. The judgment of this court should be settled on notice, and will be entered in this court. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.